IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELVIN A. HUGHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TODD M. HORN,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 4:19-cv-183 |

**ORDER AND NOTICE OF PRETRIAL PROCEEDINGS**

The Court hereby **ORDERS** lead counsel for all parties in this case to prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order using the Pretrial Order Form for use in Judge Baker's cases located on the Court's website at: https://www.gasd.uscourts.gov/judge-baker-instructions-and-forms.[1]  The proposed pretrial order shall be filed by the close of business on January 18, 2023.  Counsel for the plaintiff(s) shall have the responsibility to initiate compliance herewith.  A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court.  If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

Pursuant to the Trial Preparation Scheduling Order entered previously in this case, a pretrial conference is scheduled for Tuesday, January 31, 2023, at 2:00 PM, in Federal Courthouse,

---

[1] The parties must use this Form when filing their proposed Pretrial Order.  The Form is a fillable Word document; when using this fillable Word document, the parties are reminded to follow the Court's procedures for electronic filings, detailed in Section VI of the Rule 26 Instruction Order entered shortly after this case was filed in this Court.  Specifically, counsel shall not print and then scan the proposed Pretrial Order before filing but instead directly convert the completed form into a text-searchable PDF for filing.

Courtroom 1, 8 Southern Oaks Court, Savannah, Georgia, before the Honorable R. Stan Baker. This conference will be conducted in person at the courthouse, and **the parties or a party representative and all attorneys participating in the trial of the case shall be present at the pretrial conference**.

At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. Proposed pretrial orders which are not consolidated (<u>proposed jointly</u>) will not be accepted for filing without the written permission of the Court.

**SO ORDERED**, this 2nd day of November, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA