IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELVIN A. HUGHES,<br><br>    Plaintiff,<br><br>v.<br><br>TODD M. HORN,<br><br>    Defendant. | CIVIL ACTION NO.: 4:19-cv-183 |

**O R D E R**

The parties, through their counsel, have advised the Court that they have reached an agreement to settle this matter.  They have also indicated, however, that the settlement has not yet been consummated and, while they wish for the case to ultimately be dismissed with prejudice, they do not wish for the Court to dispose of the case in that manner at this time. Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), *incorporating the terms of their settlement*, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may, within that sixty-day period, simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the

case) within sixty (60) days, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 20th day of March, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA