IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELVIN A. HUGHES, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-183 |
| v. | |
| TODD M. HORN, | |
| Defendant. | |

**O R D E R**

Before the Court is a "Dismissal With Prejudice," signed and filed by counsel for Plaintiff only, which states that "Plaintiff . . . having fully settled all claims in this action and having fully settled all claims which might have been put in issue in this action, does hereby agree and authorize that this action be dismissed in its entirety with prejudice and upon the merits." (Doc. 86.) Because the filing has not been signed by all parties who have appeared and because Defendant has filed an Answer, (see doc. 6), Federal Rule of Civil Procedure 41(a)(2) applies and the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The Court thus construes Plaintiff's filing as a motion requesting dismissal with prejudice. Plaintiff's filing does not propose or request any specific terms, and Defendant has not voiced any opposition to dismissal with prejudice or requested any terms for the dismissal. Accordingly, the Court **GRANTS** the motion, (doc. 86), **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 26th day of April, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA